UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
IN RE WORLD TRADE CENTER        :
DISASTER SITE LITIGATION        :
-----------------------------------------------------X
SERGIO BARRAGAN                 :
                                :
        Plaintiff               :
                                :
        V.                      :       **NOTICE OF APPEARANCE**
                                :
                                :
CAPTIAL PROPERTIES, INC., ET AL. :     07CV1469
                                :      ALVIN K. HELLERSTEIN, U.S.D.J.
        Defendants              :      (21MC102)
-----------------------------------------------------X

　　　　PLEASE TAKE NOTICE THAT the defendant(s) named below hereby appear in

This action and demand that you serve a copy of the complaint and all notices and other

papers in this action upon the defendant(s) at the address stated below.

Dated: July 12, 2007
       New York, New York

                                    _____
                                    SUZANNE M. HALBARDIER
                                    (SMH-0310)

                                    _____
                                    SHAWNETTE A. FLUITT
                                    BARRY, MCTIERNAN & MOORE
                                    Attorneys for Defendant
                                    SAKELE BROTHERS, LLC
                                    2 Rector Street 14th Floor
                                    New York, NY 10006
                                    (212) 313-3600

To:    WORBY, GRONER EDELMAN & NAPOLI BERN, LLP
       Attorneys for Plaintiffs
       115 Broadway 12th Floor
       New York, NY 10006
       (212) 267-3700