Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SERGIO BARRAGAN,<br><br>                                            Plaintiff,<br><br>-against-<br><br>CAPITAL PROPERTIES, INC, CITY OF NEW YORK, COOPER SQUARE REALTY, INC., EMPIRE STATE PROPERTIES, INC., GOTHAM ESTATE LLC, JOSEPH MARTUSCELLO, LEFRAK ORGANIZATION, INC., SAKELE BROTHERS, L.L.C, SENEX GREENWICH REALTY ASSOCIATES, LLC, TRINITY CENTRE, LLC, and W ASSOCIATES LLC,<br><br>                                            Defendants. | Case No.:<br>07-CV-1469 (AKH)<br><br><br>**CERTIFICATE OF SERVICE** |

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.   Notice of Appearance; and

2.   Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: September 10, 2007

_____
Brian A. Bender