UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
------------------------------------------------------------------X
SERGIO BARRAGAN                                       Case No.:
                                                      21 MC 102 (AKH)
                              Plaintiffs,
       -against-                                      Docket No.: 07CV1469

CAPITAL PROPERTIES, INC, ET AL.,                      NOTICE OF ADOPTION OF
                                                      ANSWER TO MASTER
                              Defendant.              COMPLAINT
See Rider Attached.
------------------------------------------------------------------X   Jury Trial Demanded

    Defendants, SENEX GREENWICH REALTY ASSOCIATES, LLC by their attorneys, CALLAN, KOSTER, BRADY & BRENNAN, LLP, adopts its Answer to the Master Complaint served by the answering defendants in 21 MC 102 (AKH) as its answer to the allegations set forth in the Complaint by Adoption (Check-Off Complaint). Pursuant to Case Management Order No. 4, this adoption of answer to the Master Complaint is deemed to deny the allegations of the Check-Off Complaint in this case. To the extent that defendants' Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above caption matter, defendants deny knowledge or information sufficient to form a belief as to the truth of such specific allegations.

    Wherefore, the defendants demand judgment dismissing the above captioned action as against each of them, together with their costs and disbursements.

Dated:   New York, New York
         September _11_ , 2007

                                          Yours etc.,

                                          CALLAN, KOSTER, BRADY & BRENNAN, LLP
                                          Attorneys for Defendants – SENEX GREENWICH
                                          REALTY ASSOCIATES, LLC

                                          By: _____
                                              Warren S. Koster ( 6753 )
                                          One Whitehall Street
                                          New York, New York 10004
                                          (212) 248-8800

CALLAN, KOSTER,
BRADY & BRENNAN, LLP
COUNSELORS AND
ATTORNEYS AT LAW
One Whitehall Street
New York, New York 10004
212-248-8800

TO:   WORBY GRONER & NAPOLI BERN, LLP
      Plaintiffs Liaison
      In Re Lower Manhattan Disaster Site Litigation
      115 Broadway, 12th Floor
      New York, New York 10006
      (212) 267-3700

## RIDER

SERGIO BARRAGAN,

                        Plaintiffs,

- against -

CAPITAL PROPERTIES, INC, CITY OF NEW YORK, COOPER SQUARE REALTY, INC,, EMPIRE STATE PROPERTIES, INC., GOTHAM ESTATE LLC, JOSEPH MARTUSCELLO, LEFRAK ORGANIZATION, INC., SAKELE BROTHERS, L.L.C, SENEX GREENWICH REALTY ASSOCIATES, LLC, TRINITY CENTRE, LLC, AND W ASSOCIATES LLC, ET AL

                        Defendants.

-----------------------------------------X