UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION            21 MC 102(AKH)
THIS DOCUMENT APPLIES TO ALL WORLD
TRADE CENTER DISASTER LITIGATION              NOTICE OF
                                              APPEARANCE

-------------------------------------------------------------------X

    To the Clerk of the Court and all parties of record:

    Enter appearance of the undersigned as counsel in this case for defendant, Cooper Square Realty, Inc.

    The undersigned certifies that he is admitted to practice in this Court.

Dated: New York, New York
       October 2, 2007

                              FRANK A. SCANGA, ESQ.
                              Attorney for Defendants,
                              Cooper Square Realty, Inc.
                              477 Madison Avenue
                              21st Floor
                              New York, New York 10022
                              (212) 758-4040

        By:    _____
                 Frank A. Scanga (FS 1460)