Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendants: Cooper Square Realty, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102(AKH)

THIS DOCUMENT ONLY APPLIES TO THOSE
CASES IN THE WORLD TRADE CENTER
LOWER MANHATTAN DISASTER SITE
LITIGATION BEARING DOCKET NUMBER(S)

FEDERAL CIVIL
RULE 7.1 DISCLOSURE
STATEMENT

07CV1469

IN WHICH COOPER SQUARE
REALTY, INC. IS A DEFENDANT
------------------------------------------------------------------X
SIRS:

      Defendant, Cooper Square Realty, Inc. by their attorney, Frank A. Scanga, Esq, is a privately held company. First Service Corporation, a publicly held corporation owns 70 percent or more of its stock.

Dated: New York, New York
      October 2, 2007

                                    FRANK A. SCANGA, ESQ.
                                    Attorney for Defendants,
                                    Cooper Square Realty, Inc.
                                    477 Madison Avenue
                                    21st Floor
                                    New York, New York 10022
                                    (212) 758-4040

                          By: _____
                                  Frank A. Scanga (FS 1460)