Frank A. Scanga, Esq. (FS 1460)
477 Madison Avenue
21st Floor
New York, New York 10022
(212) 758-4040

Attorney for Defendant:
Cooper Square Realty, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION
-----------------------------------------------------------------X   21 MC 102(AKH)
SERGIO BARRAGAN,

                            Plaintiff(s),          07CV1469 (AKH)

   -against-                                 NOTICE OF ADOPTION OF
                                                     ANSWER TO MASTER
CAPITAL PROPERTIES, INC., et al.          COMPLAINT

                          Defendant(s).
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, COOPER SQUARE REALTY, INC. (hereinafter referred to as "COOPER SQUARE") by it's attorney, Frank A. Scanga, Esq., as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts it's Answer to the Master Complaint dated, filed and served October 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH). The responses to all of the allegations in the Master Complaint are adopted herein and are applicable to the Check-Off Complaint served and filed herein.

      PLEASE TAKE FURTHER NOTICE that defendant, COOPER SQUARE, reserves

the right to serve and file an amended answer and specifically reserves the right to interpose a cross-claim against any and all co-defendants.

**PLEASE TAKE FURTHER NOTICE** that defendant, COOPER SQUARE, also adopts all affirmative defenses and the jury demand herein.

**WHEREFORE**, the defendant, COOPER SQUARE demands judgment dismissing the above-captioned actions as against it together with it's costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      October 2, 2007

                              FRANK A. SCANGA, ESQ.
                              Attorney for Defendants,
                              Cooper Square Realty, Inc.
                              477 Madison Avenue
                              21st Floor
                              New York, New York 10022
                              (212) 758-4040

                By: _____
                          Frank A. Scanga (FS 1460)

To:    Worby Groner Edelman & Napoli Bern
        115 Broadway, 12th Floor
        New York, NY 10006
        (212) 267-3700

        Robert A. Grochow, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 608-4400

        Gregory J. Cannata, Esq.
        233 Broadway, 5th Floor
        New York, New York 10279
        (212) 553-9206