USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
-----------------------------------------------------------X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

Case No.:
21 MC 102 (AKH)

This Order relates to:
Docket No.: 07CV1469

**STIPULATION OF DISCONTINUANCE AS TO SENEX GREENWICH REALTY ASSOCIATES LLC ONLY**

-----------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendant SENEX GREENWICH REALTY ASSOCIATES LLC, only as to the claims being made as to the premises located at 120 Greenwich Street, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the SENEX GREENWICH REALTY ASSOCIATES LLC is a proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendant shall not assert Statute of Limitation as a defense.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
October 24, 2007

| CALLAN, KOSTER, BRADY & BRENNAN, LLP | WORBY GRONER EDELMAN & NAPOLI BURN, LLP |
|---|---|
| Attorneys for Defendant - SENEX GREENWICH REALTY ASSOCIATES | Attorneys for Plaintiffs |

_____6400_____
Vincent A. Nagler (6400)
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

By: _____
Christopher R. LoPalo (CL-6466)
115 Broadway, 12th Floor
New York, New York 10006
(212) 267-3700


SO ORDERED: 14/27/07

_____
HON. ALVIN K. HELLERSTEIN