Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO BARRAGAN,<br><br>                                    Plaintiff,<br>     -against-<br><br>ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., CAPITAL PROPERTIES, INC, CAPITAL PROPERTIES, INC., CITY OF NEW YORK, COOPER SQUARE REALTY, INC., EMPIRE STATE PROPERTIES, INC., ENVIROTECH CLEAN AIR, INC., GOTHAM ESTATE LLC, GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., JOSEPH MARTUSCELLO, KASCO RESTORATION SERVICES CO., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO., INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., SAKELE BROTHERS, L.L.C, SENEX GREENWICH REALTY ASSOCIATES, LLC, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., TOSCORP INC., TRINITY CENTRE, LLC, W ASSOCIATES LLC, WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, AND WFP TOWER B. CO., L.P.,<br>                                    Defendants. | Case No.:<br>07-CV-1469 (AKH)<br><br><br><br>**AMENDED NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.** |

**PLEASE TAKE NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., as and for its response to the allegations set forth in the Amended Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint Adding New Defendants Not Previously Served filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). LEFRAK ORGANIZATION, INC. has filed a Master Disclosure of Interested Parties in 21 MC 102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**PLEASE TAKE FURTHER NOTICE THAT** defendant, LEFRAK ORGANIZATION, INC., reserves its right to assert any defenses to which it is entitled, including, but not limited to those enumerated in Case Management Order No. 4 (¶(¶D(1)-(5)).

**WHEREFORE**, LEFRAK ORGANIZATION, INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
December 31, 2007

Yours, etc.,

HARRIS BEACH PLLC

Brian A. Bender, Esq. (BAB-0218)
*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGIO BARRAGAN,<br><br>                                    Plaintiff,<br><br>            -against-<br><br>ALAN KASMAN DBA KASCO, ET AL.,<br><br>                                    Defendants. | Case No.:<br>07-CV-1469 (AKH) |

**AMENDED NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF LEFRAK ORGANIZATION, INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street
New York, New York 10005
(212) 687-0100