IN RE: WORLD TRADE CENTER LOWER           21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGIO BARRAGAN,                           Case No.:
                                           07-CV-1469 (AKH)
                           Plaintiff,

-against-

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK CITY
AUTHORITY, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD         **CERTIFICATE OF**
FINANCIAL PROPERTIES, LP, BROOKFIELD           **SERVICE**
PARTNERS, LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS INC., CAPITAL PROPERTIES, INC,
CAPITAL PROPERTIES, INC., CITY OF NEW YORK,
COOPER SQUARE REALTY, INC., EMPIRE STATE
PROPERTIES, INC., ENVIROTECH CLEAN AIR,
INC., GOTHAM ESTATE LLC, GPS
ENVIRONMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
JOSEPH MARTUSCELLO, KASCO RESTORATION
SERVICES CO., LEFRAK ORGANIZATION, INC.,
MERRILL LYNCH & CO., INC., NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., SAKELE BROTHERS,
L.L.C, SENEX GREENWICH REALTY ASSOCIATES,
LLC, STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., TOSCORP INC.,
TRINITY CENTRE, LLC, W ASSOCIATES LLC,
WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B HOLDING CO., LP, AND
WFP TOWER B. CO., L.P.,

                           Defendants.

---

The undersigned certifies that on December 31, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1.  Amended Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.

Dated: New York, New York
       December 31, 2007

_____
Brian A. Bender

260565.1