UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN RE LOWER MANHATTAN DISASTER　　　　21 MC 102
SITE LITIGATION

------------------------------------------------------------x
SERGIO BARRAGAN,　　　　　　　　　　　　Docket No.: 07CV1469

　　　　　　　　Plaintiff,　　　　　　　　**DEFENDANT JOSEPH**
　　　　　　　　　　　　　　　　　　　　**MARTUSCELLO'S ANSWER**
　　-against-　　　　　　　　　　　　　　**TO AMENDED COMPLAINT**
　　　　　　　　　　　　　　　　　　　　**BY ADOPTION**

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTROPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
CAPITAL PROPERTIES INC., CITY OF NEW YORK,
COOPER SQUARE REALTY INC., EMPIRE STATE
PROPERTIES, INC., ENVIROTECH CLEAN AIR, INC.,
GOTHAM ESTATE LLC, GPS ENVIRONMENTAL
CONSULTANTS INC., HILLMAN ENVIRONMENTAL
GROUP LLC, INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., JOSEPH MARTUSCELLO, KASCO RESTORATION
SERVICES CO., LEFRAK ORGANIZATION INC., MERRILL
LYNCH & CO., INC., NOMURA HOLDING AMERICA,
INC., NOMURA SECURITIES INTERNATIONAL,
INC., SAKELE BROTHERS, LLC, SENEX GREENWICH
REALTY ASSOCIATES, LLC, STRUCTURE TONE
(UK) INC., STRUCTURE TONE GLOBAL SERVICES
INC., TOSCORP INC., TRINITY CENTRE LLC,
W ASSOCIATES LLC, WESTON SOLUTIONS, INC.,
WFP TOWER B. CO., G.P. CORP., WFP TOWER

B HOLDING CO. LP., and WFP TOWER B
CO LP, et. al.,

                      Defendants.
------------------------------------------------------------x

      PLEASE TAKE NOTICE that defendant, Joseph Martuscello ("Martuscello"), as and for his response to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint adding new defendants not previously served, filed in the above-referenced action, hereby adopts Martuscello's Answer to the Master Complaint dated January 4, 2008, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, the defendant Martuscello demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       January 7, 2008

                              Yours, etc.

                              FRIEDMAN, HARFENIST, LANGER & KRAUT
                              Attorneys for Defendant –Joseph Martuscello
                              3000 Marcus Avenue, Suite 2E1
                              Lake Success, New York 11042
                              (516) 775-5800
                              BY: _____
                                    Heather L. Smar (4622)