UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
------------------------------------------------------------------X
SERGIO BARRAGAN, : 07-CV-01469-AKH

                             Plaintiff,

    - against -                           **APPEARANCE**

                                                 **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                             Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                  By:    /s/ Judith R. Cohen
                                            _____
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501

                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.

DOCSNY-287419