Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
JOSEPH MARTUSCELLO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

SERGIO BARRAGAN,                                            Index No.: 07-CV-01469

                         Plaintiff(s),      **NOTICE OF ADOPTION OF ANSWER
                                                            TO MASTER COMPLAINT**

   -against-
                                                            **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                         Defendant(s).
-------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, JOSEPH MARTUSCELLO, by his attorneys, McGIVNEY & KLUGER, P.C., as and for his Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts his Answer to Master Complaint dated June 11, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, JOSEPH MARTUSCELLO, demands judgment dismissing the above-captioned action as against him, together with its costs and disbursements,

and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      April 14, 2008

                                    Yours etc.,

                                    McGIVNEY & KLUGER, P.C.
                                    Attorneys for Defendant
                                    JOSEPH MARTUSCELLO,

                                    By: _____
                                       Richard E. Leff (RL-2123)
                                       80 Broad Street, 23rd Floor
                                       New York, New York 10004
                                       (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel